NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**VEDERI, LLC,**
*Appellant*

v.

**GOOGLE INC.,**
*Cross-Appellant*

_____

2016-1919, -1979, 2017-1479

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 95/000,681 and 95/000,682.

_____

**O R D E R**

The above-captioned appeals appear to be related.

We consolidate the appeals, and thus one set of briefs should be filed for the three appeals.

Accordingly,

IT IS ORDERED THAT:

(1) The appeals are consolidated. The revised official caption is reflected above.

(2) The appeals are stayed pursuant to the court's June 13, 2016 order in 2016-1919, -1979.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s26